AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>**MYSIRE POGE**<br><br>*Defendant* | Case: 1:23-cr-00347<br>Assigned To : Nichols, Carl J.<br>Assign. Date : 10/3/2023<br>Description: INDICTMENT (B) |

U.S. MARSHAL-DC PM4:36
RECEIVED OCT 3 '23

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **MYSIRE POGE**
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year

Date: 10/03/2023

2023.10.03
16:04:44 -04'00'

*Issuing officer's signature*

City and state:   Washington, DC

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/09/23, and the person was arrested on *(date)* 11/09/2023
at *(city and state)* Washington D.C.

Date: 11/09/2023

*Arresting officer's signature*

Kenneth Keh DUSM
*Printed name and title*